THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Winston Andrew Harris,       
Appellant.
 
 
 

Appeal From Greenwood County
Wyatt T. Saunders, Jr., Circuit Court 
 Judge

Unpublished Opinion No. 2004-UP-120
Submitted December 29, 2003  Filed February 25, 2004

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia, 
 for Appellant.
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, Assistant Deputy Attorney General Charles H. Richardson, 
 Assistant Attorney General David A. Spencer, all of Columbia; and Solicitor 
 William Townes Jones, of Greenwood, for Respondent.
 
 
 

PER CURIAM:  Winston Andrew Harris appeals 
 both his convictions for armed robbery, assault and battery of a high and aggravated 
 nature, and possession of a firearm during the violent crime.  Harriss appellate 
 counsel has petitioned to be relieved as counsel, stating she has reviewed the 
 record and has concluded Harriss appeal is without merit.  The issue briefed 
 by counsel concerns whether the trial court erred in allowing the State to impeach 
 Harris with his prior fraudulent check convictions.  Harris has filed a brief 
 on his own behalf with this court alleging numerous pre-trial errors and ineffective 
 assistance of counsel.
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Harriss 
 appeal and grant counsels petition to be relieved. 
 [1] 
APPEAL DISMISSED.
GOOLSBY, HOWARD, and KITTREDGE, JJ., concur.

 
 
 [1]   Because oral argument would not aid the court in resolving the issues 
 on appeal, we decide this case without oral argument pursuant to Rules 215 
 and 220(b)(2), SCACR.